MRS. KATE BRYAN DUFFY, WIDOW, AND FRANCIS STRINGER DUFFY AND WIFE, SHIRLEY AVERY DUFFY, AND FRANCIS STRINGER DUFFY, BY KATE BRYAN DUFFY, HIS NEXT FRIEND, v. HENRY BRYAN DUFFY AND WIFE, HELEN JOHNSON DUFFY, THE UNBORN CHILD OR CHILDREN OF FRANCIS STRINGER DUFFY, THE FUTURE WIFE OR WIVES OF FRANCIS STRINGER DUFFY, AND JOHN BRYAN LONDON, TRUSTEE, AND JOHN W. BEAMAN, GUARDIAN AD LITEM OF THE UNBORN CHILD OR CHILDREN OF FRANCIS STRINGER DUFFY, JR., AND THE FUTURE WIFE OR WIVES OF FRANCIS STRINGER DUFFY, JR.

(Filed 8 January, 1943.)

APPEAL by guardian *ad litem* from *Harris, J.,* at October Term, 1942, of CRAVEN.

*John W. Beaman, guardian ad litem.*

*R. A. Nunn for Mrs. Kate Bryan Duffy and Francis Stringer Duffy and wife, Shirley Avery Duffy, and Francis Stringer Duffy by Kate Bryan Duffy, his next friend.*

*L. T. Grantham and W. B. R. Guion for Henry Bryan Duffy and wife, Helen Johnson Duffy.*

PER CURIAM. It appears that following the opinion on former appeal reported in 221 N. C., 521, where the facts are fully stated, judgment was rendered in Superior Court, to which all parties, except the guardian *ad litem,* consented, and in which the parties agree upon a division of the property to which former appeal related, in such manner as to preserve intact the trust estate referred to in statement of facts on former appeal, and so as to eliminate objections upon which former decision turned. Therefore, the judgment below is

Affirmed.